UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CYNTHIA BULLOCK,

Plaintiff,

v.

WESTCO EQUITIES INC.,

Defendant.

Case No. 1:26-cv-09121-KES-EPG

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

(ECF No. 2)

Plaintiff Cynthia Bullock proceeds *pro se* in this civil action and has requested leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2). Plaintiff has made the requisite showing under § 1915(a). Accordingly, Plaintiff's application to proceed *in forma pauperis* is granted.

IT IS SO ORDERED.

Dated: **November 6, 2026**

/s/ Eric P. Grosjean

UNITED STATES MAGISTRATE JUDGE